Moses JALLOH, Plaintiff—Appellant,

v.

TARGET CORPORATION, Defendant—Appellee.

No. 06–1729.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Dec. 28, 2006.

Moses Jalloh, Appellant Pro Se. Bernard Phillip Jeweler, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Washington, D.C., for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Jalloh appeals the district court's order granting summary judgment in favor of Target Corporation in Jalloh's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jalloh v. Target Corp.*, No. 8:05–cv02354–DKC (D. Md. June 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*